UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANETTA SCONIERS, | ) | 1:08-cv-1288-LJO-SMS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S MOTION |
| | ) | FOR AN EXTENSION OF TIME TO FILE |
| | ) | OBJECTIONS TO THE MAGISTRATE |
| v. | ) | JUDGE'S FINDINGS AND |
| | ) | RECOMMENDATIONS (DOCS. 7, 6) |
| CLARENCE WHITMORE, SR., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is proceeding pro se and in forma pauperis with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. On December 1, 2008, the Magistrate Judge filed findings and recommendations concerning Plaintiff's civil rights complaint. On December, 18, Plaintiff filed a motion for an extension of time within which to file objections, which is pending before the Court.

Good cause appearing, Plaintiff's request for an extension of time to file objections to the findings and recommendations IS

1

GRANTED. The objections shall be filed no later than thirty days after the date of service of this order.

Plaintiff IS INFORMED that the Court cannot delay the progress of this action indefinitely pending the filing of objections to the findings and recommendations. Plaintiff is informed that a failure to file timely objections will be considered to be a failure to comply with an order of the Court and may result in dismissal of the action.

IT IS SO ORDERED.

**Dated:    January 4, 2009**                    /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE